FILED

JUL 20 2006

UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH LAKES, | Case No. C 05-04874 MJJ |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | Date: July 25, 2006 |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, Customs and Border Protection, in his Official Capacity, | Time: 2:00 p.m. <br> Ctrm: 11 (19th Floor) |
| Defendant. | |

IT IS HEREBY ORDERED that counsel for Plaintiff's request to appear telephonically for the Case Management Conference scheduled for July 25, 2006 at 2:00 p.m. be granted. Counsel for Plaintiff is currently in Israel and is unable to obtain a return flight to the United States at the present time. ✶

IT IS SO ORDERED.

Dated this 20 day of July, 2006

Honorable Martin J. Jenkins

✶ Please contact the court at (415) 522-2123 at least 1 day prior to conference ~~for~~ for further instructions.

Members:
David L. Ross, P.A. *
Rafael Rose ~
R. Joseph Hammill ^
Melanie Meie Yang ~
Leslie Tioseco ~ +

Of Counsel:
Peter Szabadi ~ •
Eric Avazian~
~ Admitted in California
* Admitted in Florida
• Admitted New York
^ Admitted in Georgia
+Admitted in Hawai'i

LAW OFFICES OF
# ROSS, ROSE & HAMMILL
A Limited Liability Partnership
433 N. Camden Dr.
Suite 980
Beverly Hills, CA 90210
TEL: (310) 860-9620
FAX: (310) 860-9624

**Mailing Address:**
P. O. Box 18137
Beverly Hills, California 90209

2100 Ponce De Leon
Suite 1170
Coral Gables, FL 33134
TEL: (305) 648-0940
FAX: (305) 648-0950

904 "G" Street
Brunswick, GA 31520
(912) 262-1530
FAX: (912) 261-9417

*Via Facsimile: (415) 522-3605*

July 20, 2006

RE: **Kenneth Lakes v. Michael Chertoff**
    **CV 05-v-04874 MJJ**

**RECEIVED**
JUL 20 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Ms. Tutson:

We are respectfully requesting that Plaintiff's counsel-of-record, David L. Ross, be allowed to telephonically appear for the Case Management Conference scheduled for July 25, 2006 at 2 p.m. Plaintiff's counsel is presently stuck in Israel. He is unable to get a return flight to the United States at this time.

We would sincerely appreciate it if you can inform us of the Judge's decision as soon as possible. If the judge grants this request, please provide us with the contact number for the July 25th conference.

Thank you for your time and attention to this matter. I look forward to hearing from you soon. If I am unavailable, you may discuss this matter with my assistant, Mr. Sam Brinson.

Sincerely,

*Leslie Tioseco*

Leslie Tioseco, Esq.
ROSS, ROSE & HAMMILL, LLP

**Exhibit 1**