KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
   Telephone: (415) 436-6833
   Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH LAKES, | No. C 05-4874 MJJ |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION EXTENDING TIME FOR MEDIATION |
| v. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, Customs and Border Protection, in his Official Capacity, | |
| Defendant. | |

     IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the deadline for mediation be enlarged from January 26, 2007 until February 26, 2007.

//
//
//
//
//
//
//

Parties were originally scheduled to have the mediation with a Court appointed mediator on January 19, 2007. An extension is required because Plaintiff has an MSPB hearing scheduled for February 7, 2007 concerning another aspect of his employment. Counsel for Defendant believes that the mediation will be more productive if conducted after resolution of that matter. Parties have rescheduled the mediation for February 21, 2007, the next available date for parties and the mediator after the February 7, 2007 MSPB hearing. This is the first request for an extension of time. This enlargement of time for the mediation will not cause any undue delay in the trial timing.

DATED:                  By:      /s/
                                           DAVID ROSS
                                           Attorney for Plaintiff

                                           KEVIN V. RYAN
                                           United States Attorney

DATED:                  By:      /s/
                                           KATHERINE B. DOWLING
                                           Assistant United States Attorney
                                           Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:   1/23/2007

HON. MARTIN J. JENKINS
United States District Judge