1  DAVID L. ROSS (FL BAR 337110)
   ROSS, ROSE & HAMILL, LLP
2  433 N. Camden Drive, Suite 980
   Beverly Hills, CA 90210
3  Telephone:   (310) 860-9620
   Facsimile:   (310) 860-9624
4  Email:       dross@rrhlaw.com

5  Attorneys for Plaintiff

**FILE BY FAX**

RECEIVED
07 FEB 28 PM 3:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED
MAR 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

KENNETH LAKES,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, Customs and Border Protection, in his Official Capacity,

    Defendant.

Case No. C 05-04874 MJJ (MEJ)
E-Filing Case

STIPULATION EXTENDING TIME FOR MEDIATION

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the deadline for mediation be enlarged from February 26, 2007, until March 26, 2007.

    Parties scheduled mediation with a Court appointed mediator on February 21, 2007. An extension is required because Plaintiff has not yet heard back the finding of his MSPB hearing regarding termination from employment. Plaintiff would like to schedule the mediation for after the MSPB's decision because Plaintiff, based on a negative MSPB decision may decide to file an additional Title VII complaint in Federal District Court and seek consolidation with the present case. Counsel for Defendant and the mediator agree that the mediation will be more productive if conducted after resolution of the MSPB matter. Parties are contemplating rescheduling the mediation for the second week of March, 2007, the next available time for parties and the

1  mediator. This is the second request for an extension of time. This enlargement of time for the
2  mediation will not cause any undue delay in the discovery deadlines or the trial timing.

3  DATED: 2-22-07    By: _____
4                          DAVID ROSS
                           Attorney for Plaintiff
5

6                          SCOTT N. SCHOOLS
                           United States Attorney
7

8  DATED: 2-22-07    By: _____
                           KATHERINE B. DOWLING
9                          Assistant United States Attorney
                           Attorneys for Defendant
10

11  PURSUANT TO STIPULATION, IT IS SO ORDERED:
12
13  DATED: 3/13/07
14                          HON. MARTIN J. JENKINS
                            United States District Judge
15

STIPULATION TO EXTEND TIME FOR MEDIATION