1  SCOTT N. SCHOOLS South Carolina Bar No. 9990
   United States Attorney
2  JOANN SWANSON, CSBN 88143
   Chief, Civil Division
3  Katherine B. Dowling, CSBN 220767
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone: (415) 436-6833
6     Facsimile: (415) 436-7169

7  Attorneys for Federal Defendant

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  KENNETH LAKES,                    )    Case No. C 05-04874 MJJ (MEJ)
                                      )    **E-Filing Case**
14                    Plaintiff,      )
                                      )
15         v.                         )    **STIPULATION TO CONTINUE DATES**
                                      )
16  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security, Customs )
17  and Border Protection, in his Official )
    Capacity,                         )
18                                    )
                      Defendant.      )
19  _____)

20         IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval

21  of the Court, that the dates for filing the dispositive motion, currently set for May 1, 2007, and

22  the date for trial, currently set for July 30, 2007, be continued.  Parties request a further case

23  management conference to establish new dates after this Court has ruled on the administrative

24  motion to relate the cases.  The administrative motion to relate the cases is being  filed

25  concurrently.[1]

26         Parties believe that the cases should be related because there is significant overlap in the

27  parties, witnesses and events between the two cases.

28  //

_____

[1]Case No. 07-1792 BZ.

1          Parties are requesting this continuance because, based on the high degree of overlap

2 between the two cases, moving forward with a dipositive motion and trial on the earlier case

3 would be highly inefficient.

4

5 DATED:               By:                                
                                       DAVID ROSS

6                                        Attorney for Plaintiff

7                                      SCOTT N. SCHOOLS

                                     United States Attorney

8

9 DATED: 4·13·07          By:                                  
                                     KATHERINE B. DOWLING

10                                      Assistant United States Attorney
                                     Attorneys for Defendant

11 PURSUANT TO STIPULATION, IT IS SO ORDERED:

12

13 DATED:                                                      

14                                      HON. MARTIN J. JENKINS
                                     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-04874 MJJ (MEJ) STIPULATION TO CONTINUE DATES

1    Parties are requesting this continuance because, based on the high degree of overlap

2  between the two cases, moving forward with a dipositive motion and trial on the earlier case

3  would be highly inefficient.

4

5  DATED:                          By: _____

6                                       DAVID ROSS
                                         Attorney for Plaintiff

7                                        SCOTT N. SCHOOLS
                                         United States Attorney
8

9  DATED: 4.13.07                  By: _____

10                                       KATHERINE B. DOWLING
                                         Assistant United States Attorney
11                                       Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:
12

13
   DATED:   5/4/02007              _____
14
                                         HON. MARTIN J. JENKINS
15                                       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28