IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAKES, | No. C-05-4874 MMC |
| Plaintiff, | No. C-07-1792 MMC |
| v. | **ORDER AMENDING SECOND PRETRIAL ORDER** |
| MICHAEL CHERTOFF, | |
| Defendant / | |

The above-titled cases having been reassigned to the undersigned, the Second Pretrial Order, issued June 21, 2007 by the Honorable Martin J. Jenkins, is hereby AMENDED as follows:

1. The pretrial conference is advanced from May 13, 2008 at 3:30 p.m. to May 6, 2008 at 3:00 p.m.

2. The parties shall comply with this Court's Pretrial Instructions, a copy of which is attached hereto.

3. The dispositive motion hearing deadline is extended to March 28, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 20, 2008

MAXINE M. CHESNEY
United States District Judge