1  DAVID L. ROSS (FL Bar 337110)
   David L. Ross, P.A.
2  P.O. Box 18137
   Beverly Hills, California 90209
3  Tel:  (310) 860-9620
   Fax:  (310) 860-9624
4
   Attorneys for Plaintiff,
5  KENNETH LAKES

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 KENNETH LAKES,                    )   No. C 05-04874 MMC related to
                                     )   No. C 07-1792 MMC
11                                   )
                                     )
12           Plaintiff,               )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO EXTEND TIME TO
13                                   )   RESPOND TO DEFENDANT'S MOTION
                                     )   FOR SUMMARY JUDGMENT AND
14        v.                         )   DEFENDANT'S REPLY TO
                                     )   PLAINTIFF'S RESPONSE
15 MICHAEL CHERTOFF, Secretary of the)
   Department of Homeland Security, Customs,)
16 and Border Protection, in his Capacity,  )
                                     )
17                                   )
                                     )
18           Defendant.               )
                                     )
19                                   )  .
                                     )
20 _____)

21

22              STIPULATION AND REQUEST

23

24       Whereas counsel have entered into a stipulation to extend the time for Plaintiff's response

25 to Defendant's Motion for Summary Judgment to Monday, March 10, 2008, in lieu of March 7,

26 2008, and Defendant's reply to Plaintiff's response to Monday, March 17, 2008, in lieu of March

27 14, 2008, counsel respectfully request the Court to grant said extension of dates. Plaintiff's

28 counsel was unable to file opposition papers on March 7 due to an illness in the family.

Defendant's counsel has agreed to stipulate to continue the deadline for Plaintiff on the condition that Defendant get an equally long continuance to file his reply papers, to wit, until March 17, 2008. The parties do not believe that this short continuance will require the Court to change any other dates. There have been no previous continuances in these cases with regard to the said motion that the parties requested.

DATED: March 7, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MICHAEL T. PYLE
Assistant United States Attorney
Attorney for Defendants

DATED: March 7, 2008

/s/
DAVID L. ROSS

## [PROPOSED] ORDER

Good cause appearing, it is hereby ordered that the time to respond to Defendant's Motion for Summary Judgment be continued until the close of business on March 10, 2008, and Defendant's reply be continued until the close of business March 17, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: March 10, 2008

Hon. MAXINE M. CHESNY
United States District Judge