JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant Michael Chertoff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH LAKES,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, Customs and Border Protection, in his Official Capacity,<br><br>      Defendant. | No. C 05-04874 MMC (MEJ) related to<br>No. C 07-1792 MMC (MEJ)<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the Settlement Conference (currently scheduled for April 2, 2008 at 10:00 a.m. before Judge James) be continued to **June 16, 2008 at 2:00 p.m.** Counsel for defendant has confirmed this change with Judge James' Deputy Clerk.

    The parties reached this agreement in light of the Court's March 24, 2008 order (Document No. 76 in Action 05-4874) which, among other things, continued the hearing date on defendant's motion for summary judgment until May 2, 2008. The parties believe it would be

//

//

1 | unproductive to hold the Settlement Conference until after the Court has ruled on the pending
2 | motion for summary judgment.
3 |     On May 4, 2007, Judge Jenkins continued the trial date in Action 05-4874 due to the
4 | filing of Action 07-1792 and the order relating Action 07-1792 to 05-4874.  On June 19, 2007
5 | Judge Jenkins set the Settlement Conference for April 2008 and the parties have not previously
6 | continued that date.

DATED: March 24, 2008          By:     /s/_____
                                       DAVID ROSS
                                       Attorney for Plaintiff


                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

DATED: March 24, 2008          By:     /s/_____
                                       MICHAEL T. PYLE
                                       Assistant United States Attorney
                                       Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

    The date for the Settlement Conference in Actions 05-4874 and 07-1792 is continued from April 2, 2008 until June 16, 2008 at 2:00 p.m.


DATED:  March 27, 2008         _____
                               HON. MARIA ELENA JAMES
                               United States Magistrate Judge