IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAKES,<br><br>       Plaintiff,<br>  v.<br><br>MICHAEL CHERTOFF,<br><br>       Defendant | No. C-05-4874 MMC<br>No. C-07-1792 MMC<br><br>**ORDER AFFORDING DEFENDANT LEAVE TO FILE CITED EVIDENCE; CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT** |

      On February 12, 2008, defendant filed a motion for summary judgment in the above-titled consolidated action, which motion is currently set for hearing on May 2, 2008. The Court notes, however, that defendant's reply references a "Rebuttal Declaration of Gurdit S. Dhillon," (see Def.'s Reply at 5:15), which declaration has not been filed.

      The Court previously noted that plaintiff had failed to file evidence cited in his opposition, and afforded plaintiff leave to file such evidence. (See Order, filed March 24, 2008.) Defendant will be afforded a similar opportunity.

      Accordingly, defendant shall file, no later than April 29, 2008, the above-referenced declaration.

      In light of the above, the hearing on defendant's motion for summary judgment is hereby CONTINUED from May 2, 2008 to May 9, 2008.

      **IT IS SO ORDERED.**

Dated: April 24, 2008

                                               MAXINE M. CHESNEY
                                               United States District Judge