IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAKES,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF,<br><br>    Defendant<br>_____/ | No. C-05-4874 MMC<br>No. C-07-1792 MMC<br><br>**ORDER AFFORDING PLAINTIFF LEAVE TO FILE RESPONSE TO LATE-FILED DECLARATION; CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT** |

       On February 12, 2008, defendant filed a motion for summary judgment in the above-titled consolidated action, which motion is currently set for hearing on May 9, 2008. After the matter was fully briefed, defendant, on April 29, 2008, electronically filed a document titled "Declaration of Richard F. Vigna in Support of Defendant Michael Chertoff's Motion for Summary Judgment." Although the content of the declaration was referenced in defendant's motion, it does not appear that plaintiff was served with the declaration until April 29, 2008, the date on which it was filed with the Court.

       Under the circumstances, the Court will afford plaintiff leave to file, no later than May 12, 2008, a supplement to the opposition previously filed, or other response to the declaration, any such supplement or other response not to exceed five pages in length, exclusive of evidence. Alternatively, if plaintiff is of the view that plaintiff's opposition, (see,

1  e.g., Pl.'s Opp. at 5), along with the evidence plaintiff previously submitted therewith
2  pertaining to said declarant, (see, e.g., Ross Decl. Ex. 9), constitutes a sufficient response,
3  plaintiff shall file a brief statement so advising the Court.
4      In light of the above, the hearing on defendant's motion for summary judgment is
5  hereby CONTINUED from May 9, 2008 to May 23, 2008.
6      **IT IS SO ORDERED.**
7
8  Dated:  April 30, 2008                                           _____
                                                                    MAXINE M. CHESNEY
9                                                                   United States District Judge

2