1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2    JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division
3    MICHAEL T. PYLE (CSBN 172954)
     Assistant United States Attorney
4
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102
         Telephone: (415) 436-7322
6        Facsimile:  (415) 436-6748
         Email: michael.t.pyle@usdoj.gov
7
     Attorneys for Defendant Michael Chertoff
8

9                         UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13   KENNETH LAKES,                       )     No. C 05-04874 MMC (MEJ) related to
                                          )     No. C 07-1792 MMC (MEJ)
             Plaintiff,                    )
14                                         )
                                          )     STIPULATION AND ~~PROPOSED~~
15        v.                               )     ORDER TO CONTINUE HEARING ON
                                          )     DEFENDANT'S MOTION FOR
16   MICHAEL CHERTOFF, Secretary of the    )     SUMMARY JUDGMENT
     Department of Homeland Security, Customs )
     and Border Protection, in his Official )
17   Capacity,                             )
                                          )
18           Defendant.                    )
                                          )
19   _____  )

20

21       IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval

     of the Court, that the date for the hearing on Defendant's pending motion for summary judgment
22
     (currently scheduled for May 23, 2008 at 9:00 a.m.) be continued to May 30, 2008 at 9:00 a.m.
23
         Counsel for defendant asked for this stipulation in light of the fact that he will be in
24
     South Carolina to attend a training seminar at the National Advocacy Center between May 20,
25
     2008 and May 23, 2008.  Counsel for defendant notified counsel for Plaintiff by e-mail upon
26
     reviewing the Court's April 30, 2008 Order (Docket No. 85 in 05-4874), which Order continued
27
     the hearing from May 9, 2008 to May 23, 2008.  Plaintiff's counsel agreed to the proposed
28
     continuance.  The parties do not believe that any prejudice would be caused due to this one-week

                                            1

continuance and submit that no other dates would need to be continued. The date for hearing on
the motion for summary judgment has been continued twice on the Court's own motion.

DATED: April 30, 2008     By:     /s/
DAVID ROSS
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 30, 2008     By:     /s/
MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date for the hearing on Defendant's motion for summary judgment is continued from
May 23, 2008 until May 30, 2008 at 9:00 a.m.

DATED: May 6, 2008

HON. MAXINE M. CHESNEY
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES
No. C 05-04874/07-1792 MMC (MEJ)    2