IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAKES, | No. C-05-4874 MMC |
| Plaintiff, | No. C-07-1792 MMC |
| v. | **ORDER VACATING MAY 30, 2008 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| MICHAEL CHERTOFF, | |
| Defendant | |

    Before the Court is defendant Michael Chertoff's Motion for Summary Judgment, filed February 12, 2008. Plaintiff Kenneth Lakes has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the May 30, 2008 hearing.

    **IT IS SO ORDERED.**

Dated: May 27, 2008

MAXINE M. CHESNEY
United States District Judge