JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant Michael Chertoff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH LAKES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, Customs and Border Protection, in his Official Capacity,<br><br>    Defendant. | No. C 05-04874 MMC (MEJ) related to<br>No. C 07-1792 MMC (MEJ)<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the Settlement Conference (currently scheduled for June 16, 2008 at 2:00 p.m. before Judge James)  be continued to **August 11, 2008 at 2:00 p.m.**  Counsel for defendant has confirmed this change with Judge James' Deputy Clerk.

    The parties reached this agreement in light of the Court's decision to continue the hearing date on defendant's motion for summary judgment and subsequent decision to take the matter under submission without a hearing.  (See Docket #s 85-88 in Action 05-4874).  The parties believe it would be unproductive to hold the Settlement Conference until after the Court has ruled on the pending motion for summary judgment.

    On May 4, 2007, Judge Jenkins continued the trial date in Action 05-4874 due to the

1  filing of Action 07-1792 and the order relating Action 07-1792 to 05-4874.  On June 19, 2007
2  Judge Jenkins set the Settlement Conference for April 2008 and the parties have not previously
3  continued that date. On March 27, 2008, this Court continued the Settlement Conference based
4  on the parties agreement that it would be unproductive to hold the Settlement Conference until
5  after the Court has ruled on the pending motion for summary judgment.

DATED: June 6, 2008    By:    _____/s/_____
                                      DAVID ROSS
                                      Attorney for Plaintiff

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: June 6, 2008    By:    _____/s/_____
                                      MICHAEL T. PYLE
                                      Assistant United States Attorney
                                      Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The date for the Settlement Conference in Actions 05-4874 and 07-1792 is continued from June 16, 2008 until August 11, 2008 at 2:00 p.m.

DATED:   June 13, 2008                    _____
                                          HON. MARIA ELENA JAMES
                                          United States Magistrate Judge